**IT IS ORDERED as set forth below:**



**Date: June 16, 2010**

_Mary Grace Diehl_
_____
**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| | : | |
| | : | |
| **Todd Anthony Shaw**, | : | Case No. **09-61855-MGD** |
| | : | |
| Debtor. | : | Judge Mary Grace Diehl |
| _____ | : | |
| **S. Gregory Hays, Chapter 7 Trustee** | : | |
| **for the Estate of** | : | |
| **Todd Anthony Shaw** | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adversary  Proceeding |
| | : | **No. 10-06025-MGD** |
| **Todd Anthony Shaw** | : | |
| **Wayne Jay Shaw and** | : | |
| **Dorothy Wilson Shaw** | : | |
| | : | |
| Defendants. | : | |
| | : | |

### JUDGMENT

Based upon the Order dated June 8, 2010 , it is

**ORDERED AND ADJUDGED** that the June 8, 2010, Order Granting Plaintiff's Motion for

Default Judgment is made the judgment of the Court.  It is therefore **ORDERED** that the judgment

is hereby entered for the Plaintiff and against the Defendants for turnover of the real property located

at 1010 Forest Overlook Drive, Atlanta, Fulton County, Georgia 30331to the Plaintiff and enjoining

the Defendants from entering the premises and committing any waste to the property.

The Clerk's Office shall mail a copy of this Judgment to Plaintiff, Plaintiff's counsel and

Defendant.

**END OF DOCUMENT**